492 A.2d 1382

**COMMONWEALTH Of Pennsylvania, Petitioner,**

v.

**Anthony Edward BRADY.**

Supreme Court of Pennsylvania.

May 30, 1985.

Petition for Allowance of Appeal GRANTED, 72 E.D. Appeal Docket 1985.